✎AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2004 MAR -2 P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECTV, Inc.

V.

Julie Despres

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03-40257 

TO: (Name and address of Defendant)

Julie Despres
15 Juniperbrook Road
Northborough, MA 01532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _ **twenty (20)** _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

TONY ANASTAS

_____
CLERK

_____
(By) DEPUTY CLERK

November 24, 2003
_____
DATE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

02/18/2004

I hereby certify and return that on 02/17/2004 at 12:12pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Case Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by delivering in hand to JULIE L. DESPRES at 15 JUNIPER BROOK RD, NORTHBOROUGH, MA. Fees: Service 30.00, Travel 16.96, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.46

Deputy Sheriff Michael J Ahearn

_____
*Deputy Sheriff*

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.