UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT TV, INC.,

        Plaintiff,               CIVIL ACTION
v.                                     No.03-40257-FDS

JULIE DESPRES,

        Defendant,

---

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main St. | **DATE AND TIME:** |
| Worcester, MA 01608 | **September 22, 2004, at 10:00 A.M.** |

---

Type of Proceeding:

**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**

---

                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

<u>August 26, 2004</u>                /s/ Lisa B. Roland
Date                                Lisa B. Roland,
                                       Deputy Clerk
                                       (508) 929-9905