UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECT TV**

          **Plaintiff,**

                                              CIVIL NO.  02-40257-FDS

**JULIE DESPRES**

          **Defendant,**

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

**TO: JUDGE SAYLOR**

**SWARTWOOD, M.J.**

THIS CASE WAS SCHEDULED FOR MEDIATION ON OCTOBER 5, 2004.  THE PARTIES CALLED AND REPORTED CASE SETTLED BEFORE MEDIATION.

    ____    **EARLY NEUTRAL EVALUATION**    ____    **MEDIATION**
    ____    **MINI-TRIAL**    ____    **SUMMARY JURY TRIAL**
    ____    **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer .
The case was:

(X)    Settled.  Your clerk should enter a ___60___ day order of dismissal.

( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.

( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.

( )    Suggested strategy to facilitate settlement:


_October 5,  2004_                                /s/ Charles B. Swartwood, III
Date                                            **CHARLES B. SWARTWOOD, III, MJ**