UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE DESPRES<br><br>Defendants. | No. 03- 40257 NMG<br><br>STIPULATION AND ORDER OF DISMISSAL RE JULIE DESPRES |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Julie Despres pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Julie Despres, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///

///

///

///

DATED: ~~October~~ December 3, 2004.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

Attorneys for Plaintiff DIRECTV

By: _____
Attorney Edward Cronin, Jr.
1 Broadway
Suite 600
Cambridge, MA 02142

Attorney for Defendant Julie Despres

**IT IS SO ORDERED.**

DATED: December 3, 2004.

_____
United States District Court Judge